911 A.2d 66

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SCOTT L. CAWTHRON, DEFENDANT–PETITIONER.

November 22, 2006.

ORDERED that the petition for certification is granted, limited solely to defendant's sentence in respect of Count 6. On that

issue, the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Thomas,* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).